United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| ESMERALDA PAMELA VALLADARES MARTINEZ, | § § § | |
| Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. 5:26-CV-00488 |
| WARDEN, | § § | |
| Respondent. | § § | |

**ORDER**

Upon due consideration of the United States of America's Opposed Motion to Intervene, (Dkt. 11), the Motion is hereby GRANTED.

The Clerk of Court is DIRECTED to enter Intervenor, United States of America's Response to the Petition for Writ of Habeas Corpus, Motion for Temporary Restraining Order and Preliminary Injunction and Intervenor's Motion for Summary Judgment, (Dkt. 11, Attach. 1), into the record. Finally, the Clerk of Court is DIRECTED to mail Petitioner a copy of this Order and a copy of Docket Entry No. 11 by any receipted means to the following address:

Esmeralda Pamela Valladares Martinez
A221-436-439
Laredo Processing Center
4702 East Saunders Street
Laredo, TX 78041

IT IS SO ORDERED.

SIGNED this April 6, 2026.

Diana Saldaña
United States District Judge