United States District Court
Southern District of Texas
**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| ESMERALDA PAMELA VALLADARES MARTINEZ, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:26-CV-00488 |
| WARDEN, | § § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

For the reasons set forth in its Order, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1). Accordingly, the Court now enters final judgement. The Clerk of Court is **DIRECTED** to **CLOSE** this civil action and **TERMINATE** any pending motions or deadlines that may be associated with this case.

IT IS SO ORDERED.

SIGNED this April 28, 2026.

Diana Saldaña
United States District Judge